UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ROBERT NEWTON, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>  v.<br><br>CITIBANK, N.A.,<br><br>           Defendant. | Case No. 1:22-cv-89-KAC-CHS |

## JOINT NOTICE OF SETTLEMENT

The parties hereby advise the Court that they have reached a settlement in principle subject to the drafting and execution of a mutually agreeable settlement agreement. The parties anticipate filing a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) on or before July 12, 2024.

The parties respectfully request that the Court terminate all deadlines and direct the parties to file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) on or before July 12, 2024.

Dated this 17th day of June, 2024.

Respectfully submitted,

| | |
|---|---|
| By: /s/*Michael L. Greenwald* | By: /s/*Matthew A. Morr* |
| Michael L. Greenwald (admitted *Pro Hac Vice*) | Matthew A. Morr (admitted *Pro Hac Vice*) |
| Greenwald Davidson Radbil PLLC | Ballard Spahr LLP |
| 5550 Glades Road, Suite 500 | 1225 17th St., Suite 2300 |
| Boca Raton, FL 33431 | Denver, CO 80202 |
| T: (561) 826-5477 | T: (303)292-2400 |
| mgreenwald@gdrlawfirm.com | morrm@ballardspahr.com |

| | |
|---|---|
| Shireen Hormozdi<br>Hormozdi Law Firm, LLC<br>1770 Indian Trail Road, Suite 175<br>Norcross, GA 30093<br>T: (678) 395-7795<br>shirren@norcrosslawfirm.com<br><br>Matthew R. Wilson (admitted *Pro Hac Vice*)<br>Meyer Wilson co., LPA<br><br>305 W. Nationwide Blvd.<br>Columbus, OH 43215<br>T: (614) 224-6000<br>F: (614) 224-6066<br>mwilson@meyerwilson.com<br><br>*Counsel for Plaintiff* | Kenneth M. Bryant (Tenn. Bar No. 12582)<br>Burr & Forman LLP<br>Suite 2000, 222 Second Avenue South<br>Nashville, TN 37201<br>T: (615) 724-3200<br>F: (615)724-3340<br>kbryant@burr.com<br><br>Joshua H. Threadcraft (Tenn. Bar No. 31491)<br>Burr & Forman LLP<br>420 North 20th Street, Suite 3400<br>Birmingham, AL 35203<br>T: (205) 251-3000<br>F: (205) 413-8701<br>jthreadcraft@burr.com<br><br>*Counsel for Defendant, Citibank, N.A.* |