UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ROBERT NEWTON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CITIBANK, N.A.,<br><br>    Defendant. | Case No. 1:22-cv-89-KAC-CHS |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
_____

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Robert Newton ("Plaintiff") and Defendant Citibank, N.A. stipulate to the dismissal of Plaintiff's claims without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated this 12th day of July, 2024.

Respectfully submitted,

| | |
|---|---|
| By: /s/*Michael L. Greenwald* | By: /s/*Matthew A. Morr* |
| Michael L. Greenwald (admitted *Pro Hac Vice*) | Matthew A. Morr (admitted *Pro Hac Vice*) |
| Greenwald Davidson Radbil PLLC | Ballard Spahr LLP |
| 5550 Glades Road, Suite 500 | 1225 17th St., Suite 2300 |
| Boca Raton, FL 33431 | Denver, CO 80202 |
| T: (561) 826-5477 | T: (303)292-2400 |
| mgreenwald@gdrlawfirm.com | morrm@ballardspahr.com |
| | |
| Shireen Hormozdi | Kenneth M. Bryant (Tenn. Bar No. 12582) |
| Hormozdi Law Firm, LLC | Burr & Forman LLP |
| 1770 Indian Trail Road, Suite 175 | Suite 2000, 222 Second Avenue South |
| Norcross, GA 30093 | Nashville, TN 37201 |
| T: (678) 395-7795 | T: (615) 724-3200 |
| shirren@norcrosslawfirm.com | F: (615)724-3340 |
| | kbryant@burr.com |

| | |
|---|---|
| Matthew R. Wilson (admitted *Pro Hac Vice*) <br> Meyer Wilson co., LPA <br><br> 305 W. Nationwide Blvd. <br> Columbus, OH 43215 <br> T: (614) 224-6000 <br> F: (614) 224-6066 <br> mwilson@meyerwilson.com <br><br> *Counsel for Plaintiff* | Joshua H. Threadcraft (Tenn. Bar No. 31491) <br> Burr & Forman LLP <br> 420 North 20th Street, Suite 3400 <br> Birmingham, AL 35203 <br> T: (205) 251-3000 <br> F: (205) 413-8701 <br> jthreadcraft@burr.com <br><br> *Counsel for Defendant, Citibank, N.A.* |